UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

| | | | |
|---|---|---|---|
| Judge: | Jon S. Tigar | Time in Court: | 39 minutes |
| Date: | June 5, 2026 | | |
| Case No.: | **4:25-cr-00402-JST-3** | | |

**United States of America**          v.          **Marquise Cooper**

Defendant
☑ Present
☐ Not Present
☐ In Custody

Kelly Volkar
U. S. Attorney

Joyce Leavitt
Defense Counsel

Courtroom Deputy Clerk: Dianna Shoblo

Court Reporter: Stephen Franklin
via zoom

### *PROCEEDINGS*

Change of Plea Hearing – Held.

### *RESULT OF HEARING*

1. The plea agreement was signed in court.  The Defendant was sworn.  The Court found the Defendant to be fully competent and capable of entering into an informed plea.  The plea is knowing and voluntary.  The Court found a factual basis for the plea.  The Defendant entered a plea of guilty as to Count One of the Superseding Indictment filed 04/16/2026. The plea was accepted and the Defendant is adjudged guilty of the offense.
2. Court orders a Presentence Report from the Probation Office.
3. Sentencing Hearing is set for 09/25/2026 at 9:30 AM in Courtroom 6, 2nd Floor, in Oakland.
4. Defendant is ordered to be personally present at the next court date.